IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 17 PM 2: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| VERNONSTEIN SMITH and Husband CLENELL SMITH, | * * * | |
| Plaintiffs, | * * | No. 05-2747 BV |
| v. | * * | |
| CLARENCE S. WEEMS and GLOBAL INTERMODAL SYSTEMS, | * * * | |
| Defendants. | * | |

## ORDER OF CONSOLIDATION

Defendants have moved the Court for an order consolidating this civil action with the civil action styled, *Shanell Smith v. Clarence S. Weems and Global Intermodal Systems*, No. 05-2746 MI V, on the grounds that the two actions arise out of the same motor vehicle accident and, therefore, out of the same facts and circumstances. The motion is not opposed. The interests of judicial economy and avoiding inconsistent judgments in two actions arising out of the same incident require that the two cases be consolidated, and the motion is unopposed. Accordingly, this action is hereby consolidated with Civil Action No. 2746 MI V, for all purposes and proceedings, and the consolidated actions shall proceed under No. __05-2746__.

IT IS SO ORDERED THIS __17th__ DAY OF OCTOBER, 2005.

_____
Bernice B. Donald J. Daniel Breen
District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __10-18-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02747 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Samuel L. Crain
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT